FILED
 2011 Jun-30 PM 02:49
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JEROME ERIC WILLIAMSON,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | Case No. 5:11-cv-00912-CLS-HGD |
| ) | |
| **BILLY MITCHELL, Warden, and** ) | |
| **THE ATTORNEY GENERAL OF** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

## DISMISSAL ORDER

On April 13, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On April 22, 2011, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED without prejudice to allow petitioner the opportunity to exhaust available state remedies.

DONE and ORDERED this 30th day of June, 2011.

                                              _____
                                              United States District Judge